**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
ASHU SHUKLA,

                      Plaintiff,                      **ORDER**

            -against-                      **23 Civ. 10150 (JGLC) (GS)**

META PLATFORMS INC. and DELOITTE
CONSULTING LLP,

                      Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       The Court is in receipt of Plaintiff's letter dated December 20, 2023 and docketed December 21, 2023 asserting that the Court "should not grant an extension" to Defendants because Defendants are in "default." (Dkt. No. 39).

       It is unclear whether Plaintiff is objecting to Defendants' request for an extension of time to respond to the Complaint (Dkt. No. 13), which Judge Clarke granted on November 21, 2023 (Dkt. No. 14), or to Defendants' request for an extension of their time to submit reply briefs in support of their motions to dismiss (Dkt. No. 35), which I addressed in my order of December 22, 2023. (Dkt. No. 44).

       In either event, Plaintiff's request is denied. Defendants are not in default. This action was timely removed to this Court on November 17, 2023. *See* 28 U.S.C. § 1446(b)(1). Defendants had, at a minimum, until November 24, 2023 to respond to the Complaint. *See* Fed. R. Civ. P. 81(c)(2). On November 20, 2023, Defendants timely sought an extension of their time to respond to the Complaint. (Dkt. No. 13). Judge Clarke granted that request and extended

Defendants' time to respond to December 22, 2023.  (Dkt. No. 14).  On or before December 22, 2023, both Defendants timely filed motions to dismiss.  (Dkt. Nos. 36-37, 41-42).  I have considered the remaining arguments in Plaintiff's letter and find them to be without merit.

**SO ORDERED.**

DATED:   New York, New York
December 26, 2023

_____
GARY STEIN
United States Magistrate Judge