```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ASHU SHUKLA,                                              :       23 Civ. 10150 (JGLC) (GS)
                                                          :
                        Plaintiff,                        :       ORDER
                                                          :
        - against -                                       :
                                                          :
META PLATFORMS INC. and DELOITTE                          :
CONSULTING LLP,                                           :
                                                          :
                        Defendants.                       :
---------------------------------------------------------------X
```

**GARY STEIN, United States Magistrate Judge:**

On December 22, 2023, this Court issued a memo endorsement concerning Plaintiff's "Reply to Defendant's Response on Plaintiff's Motion for Remand and Plaintiff's Cross Motion to Enforce Entry of Default and Grant Default Judgment Pursuant to Federal Rules of Civil Procedure and Local Rules." (Dkt No. 45; *see also* Dkt. No. 31 ("Plaintiff's Reply")). The memo endorsement ordered that the portion of Plaintiff's Reply which cross-moved for a default judgment was "improper and shall be stricken." (Dkt. No. 45). The Clerk of Court subsequently struck Plaintiff's Reply from the docket.

Today, the Court clarifies that it did not intend to strike Plaintiff's entire filing. Those portions of Plaintiff's Reply which concern his motion to remand (Dkt. Nos. 8, 9) are proper and will be considered by the Court. It is only those portions of Plaintiff's Reply which purport to be in support of "entry of default and grant[ing] default judgment" (Dkt. No. 31) that, for the reasons set forth in the December 22, 2023 memo endorsement, are improper and will be disregarded. Accordingly, the

Clerk of Court is respectfully requested to reinstate Docket Number 31 to the docket. There is no need to physically strike that filing or any portion thereof from the docket.

    **SO ORDERED.**

Dated:    New York, New York
            January 5, 2024

                                            The Honorable Gary Stein
                                            United States Magistrate Judge