UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHU SHUKLA,

                Plaintiff,

-against-

META PLATFORMS INC. and DELOITTE CONSULTING LLP,

                Defendants.

23-CV-10150 (JGLC) (GS)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    To the extent they seek relief, Plaintiff's applications, ECF Nos. 64–65, are DENIED.

Plaintiff is instructed to cease filing applications seeking relief that has already been denied.

    SO ORDERED.

Dated: March 8, 2024
       New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge