UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHU SHUKLA,

                    Plaintiff,

          -against-                              23-CV-10150 (JGLC) (GS)

META PLATFORMS INC. and DELOITTE                 **ORDER**
CONSULTING LLP,

                    Defendants.

JESSICA G. L. CLARKE, United States District Judge:

      For the same reasons as the Court's Order at ECF No. 69, Plaintiff's applications at ECF

Nos. 66–68 are DENIED. The Clerk of Court is directed to terminate ECF No. 66.

      SO ORDERED.

Dated:  March 8, 2024
        New York, New York

                                      *Jessica Clarke*

                                    JESSICA G. L. CLARKE
                                    United States District Judge