UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASHU SHUKLA,                                      :
                                                  :        **23 Civ. 10150 (JGLC) (GS)**
                           Plaintiff,             :
                                                  :                  **ORDER**
            - against -                           :
                                                  :
META PLATFORMS INC. and DELOITTE                  :
CONSULTING LLP,                                   :
                                                  :
                           Defendants.            :
------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       On April 15, 2024, Plaintiff filed a Notice of Motion to Stay ("Motion to Stay") and a Memorandum of Law in Support. (Dkt. Nos. 78 & 79). Defendants oppose the motion. (Dkt. Nos. 80 & 82). Plaintiff seeks to stay this action pending the resolution of a later filed action against Deloitte and Google LLP, which is also before the Honorable Jessica G. L. Clarke, *Shukla v. Deloitte Consulting LLP*, No. 24 Civ. 2470 (JGLC). (*See* Dkt. No. 79 at 2). However, Plaintiff filed his Motion to Stay this action *after* Judge Clarke, on April 5, 2024, entered a stay of the later filed action. (Dkt. No. 10 in No. 24 Civ. 2470). Judge Clarke's April 5, 2024 order specifically states that the later filed action is stayed until "the disposition of Deloitte's pending Motion to Dismiss in related case . . . 23-cv-10150," (*id.*), *i.e.*, the instant action.

       Given this procedural posture, granting Plaintiff's requested relief would delay the resolution of both of his pending cases. For this reason, and because the Court has not yet disposed of Deloitte's pending motion to dismiss this action, Plaintiff's Motion to Stay is **DENIED.**

       The Clerk of Court is respectfully directed to close Docket Number 78 and to mail a copy of this order to the Plaintiff at 202 Salem Court, Apt. 11, Princeton, New Jersey 08540.

       **SO ORDERED.**

DATED:     New York, New York
           July 16, 2024

                                             _____
                                             GARY STEIN
                                             United States Magistrate Judge