UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ASHU SHUKLA,

                Plaintiff,

-against-

META PLATFORMS INC. and DELOITTE CONSULTING LLP,

                Defendants.

23-CV-10150 (JGLC) (GS)

**ORDER**

---

JESSICA G. L. CLARKE, United States District Judge:

    The Court has reviewed Plaintiff's motion for reconsideration, ECF No. 93, and finds no basis for reconsideration. The Court dismissed the case because Plaintiff's claims in this action precluded by *res judicata*, time-barred, clearly baseless, and in violation of Federal Rule of Civil Procedure 8(a). ECF No. 90. Plaintiff provides no valid basis to reconsider that Order. *See* Local Rule 6.3.

    Accordingly, Plaintiff's motion for reconsideration is DENIED. The Clerk of Court is directed to terminate the motion at ECF No. 93 and to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: August 22, 2024
       New York, New York

                                                  JESSICA G. L. CLARKE
                                                  United States District Judge