UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ashu SHUKLA,<br><br>       Plaintiff,<br><br>    -against-<br><br>DELOITTE CONSULTING LLP & META PLATFORMS INC.,<br><br>       Defendants. | 23-CV-10150 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  On September 16, 2024, Plaintiff filed a "Motion for Relief from Filing an Appeal/Stay on Appeal." ECF. No. 98. Plaintiff appears to be requesting that the instant case be stayed until the related matter on appeal is resolved. *See id.* at 10; Shukla v. Deloitte Consulting LLP, No. 24-539 (2d Cir. Mar. 18, 2024). The Court has already dismissed this case and denied Plaintiff's motion for reconsideration. ECF Nos. 91, 95. Accordingly, Court DENIES the motion to stay this terminated case.

  To the extent that Plaintiff is requesting an extension of time to file a notice of appeal, however, that request is GRANTED. Plaintiff had until September 21, 2024, or 30 days after entry of the order denying Plaintiff's motion for reconsideration, to file his notice of appeal. Under Federal Rules of Appellate Procedure 4(a)(5), the Court grants Plaintiff an additional **30 days** after the prescribed time, or until **October 21, 2024**, to file his notice of appeal. No further extensions of this deadline will be granted.

Dated: September 19, 2024
   New York, New York

                  SO ORDERED.

                  *Jessica Clarke*

                  JESSICA G. L. CLARKE
                  United States District Judge