UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASHU SHUKLA,

                Plaintiff,

-against-

DELOITTE CONSULTING LLP and META PLATFORMS INC.,

                Defendants.

23-CV-10150 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    Plaintiff seeks written explanation and clarification from the Court on the Order at ECF No. 108 regarding why the motion at ECF No. 105 was denied. ECF No. 109. The Court has provided written explanation in the Order at ECF No. 108, as well as previously in Orders at ECF Nos. 86, 90, and 95. As explained in these Orders, this case has already been dismissed. Plaintiff may not name an additional defendant to a terminated case.

    Plaintiff also seeks leave of the Court to file a lawsuit against the undersigned. ECF Nos. 110, 112. The litigation bar imposed in the Order at ECF No. 90 does not prohibit Plaintiff from filing such a lawsuit (in a separate action). Accordingly, these motions are DENIED. The Clerk of Court is directed to terminate ECF Nos. 109, 110, and 112.

Dated: November 20, 2024
       New York, New York

                                    SO ORDERED.

*Jessica Clarke*
JESSICA G. L. CLARKE
United States District Judge